NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| IN RE PAULSBORO DERAILMENT CASES | : | Master Docket No. 13-784 (RBK/KMW) (Doc. No. 101) |
| STACY HAMILTON, et al. Plaintiffs v. CONSOLIDATED RAIL CORPORATION, et al. Defendants. | : | Civil No. 13-3724 (RBK/KMW) (Doc. No. 11) **ORDER** |

**THIS MATTER** having come before the Court on the motion of Consolidated Rail Corporation, Norfolk Southern Railway Company, and CSX Transportation ("Defendants") to dismiss Counts I and V of the Complaint of Stacy Hamilton, et al. ("Plaintiffs"), and Plaintiffs' requests for attorney's fees and medical monitoring and the Court having considered the moving papers and the responses thereto, and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY ORDERED that the motion of Defendants' to dismiss is **GRANTED**. Count I of the Complaint, and Plaintiffs' requests for attorney's fees are dismissed **WITH PREJUDICE**. Count V and Plaintiffs' requests for medical monitoring are dismissed

1

2

**WITHOUT PREJUDICE**.  Plaintiffs may request leave to amend their complaint within 14 days from the date of this Order.


Dated: 10/4/2013                                             /s/ Robert B. Kugler
                                                             ROBERT B. KUGLER
                                                             United States District Judge

2